David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM BERRY, JR, <br><br> Plaintiff, <br><br> vs. <br><br> AARGON AGENCY, INC; PLUSFOUR, INC; QUANTUM COLLECTIONS; AND RICHLAND HOLDINGS, INC DBA ACCOUNTCORP OF SOUTHERN NEVADA, <br><br> Defendants. | Case No.: 2:20-cv-02144-APG-EJY <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT PLUSFOUR, INC'S MOTION TO DISMISS** <br><br> (Second Request) |

WILLIAM BERRY, JR ("Plaintiff") and Defendant PLUSFOUR, INC. ("Plusfour"), collectively the "Parties", hereby jointly submit this motion ("Joint Motion") for an extension of time for Plaintiff to file a response to Plusfour's Motion to Dismiss or in the Alternative Motion for Summary Judgment ("Motion to Dismiss") to **February 3, 2021**. Additionally, Plusfour's reply brief, if any, shall be likewise extended for two weeks to **February 17, 2021**. The Motion to Dismiss was filed on December 16, 2020 and appears on the docket as ECF #8. This is the Parties' second request for an extension of time.

The reason for the second request is two-fold: (1) Plaintiff needs additional time to fully respond to the issues and arguments raised in the Motion to Dismiss; and (2) Plaintiff and Defendant Plusfour had

been in negotiations in good faith efforts to resolve the matter, but were unable to reach a resolution. This is Parties' second request for an extension and this Joint Motion has not been submitted for the purpose of delay or other impermissible purpose. Plusfour will not be prejudiced by the delay and has agreed to the extensions of time. Additionally, the requested extensions do not prejudice or directly affect the other Defendants in this case. Accordingly, it is requested that the Court grant the extension of time to respond to the Motion to Dismiss to February 2, 2021 and any reply brief to February 17, 2021.

Dated: January 29, 2021.

| Submitted By: | No Opposition: |
|---|---|
| */s/ Shawn W. Miller* | */s/ Garrett R. Chase* |
| David H. Krieger, Esq. | Garrett R. Chase, Esq. |
| Shawn W. Miller, Esq. | SHUMWAY VAN |
| KRIEGER LAW GROUP, LLC | 8985 South Eastern Ave, Suite 100 |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | Las Vegas, Nevada 891213 |
| Henderson, Nevada 89052 | *Attorneys for Defendant Plusfour, Inc.* |
| *Attorneys for Plaintiff* | |

**ORDER GRANTING EXTENSION OF TIME**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2021

KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052