# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY, JR., | Case No.: 2:20-cv-02144-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 13] |
| AARGON AGENCY, INC., | |
| Defendant | |

In light of the notice of settlement between plaintiff William Berry, Jr. and defendant Richland Holdings, Inc. (ECF No. 31),

I ORDER that defendant Richland Holdings, Inc.'s motion to dismiss **(ECF No. 13)** is **DENIED as moot**.

DATED this 10th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE