David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com

*Attorneys for Plaintiff,*
*William Berry, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM BERRY, JR, <br><br> Plaintiff, <br><br> vs. <br><br> AARGON AGENCY, INC; PLUSFOUR, INC; QUANTUM COLLECTIONS; AND RICHLAND HOLDINGS, INC DBA ACCOUNTCORP OF SOUTHERN NEVADA, <br><br> Defendants. | Case No.: 2:20-cv-02144-APG-EJY <br><br> **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT RICHLAND HOLDINGS, INC. DBA ACCTCORP OF SOUTHERN NEVADA, WITH PREJUDICE** |

WILLIAM BERRY, JR ("Plaintiff") and Defendant RICHLAND HOLDING INC., DBA ACCTCORP OF SOUTHERN NEVADA, erroneously named as RICHLAND HOLDING INC., DBA ACCOUNTCORP OF SOUTHERN NEVADA ("Richland"), collectively the "Parties," by and through their counsel of record, hereby stipulate and agree that all Plaintiff's claims against Richland in this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), each Party to bear its own

attorney's fees, costs and expenses. Accordingly, Plaintiff and Richland here by jointly submit this motion ("Joint Motion") requesting that the Court enter an order of dismissal, dismissing Plaintiff's claims against Defendant Richland, with prejudice.

STIPULATED, AGREED AND SUBMITTED on February 18, 2021.

| /s/ Shawn W. Miller | /s/ Jared M. Moser |
|---|---|
| David H. Krieger, Esq. | Jared M. Moser, Esq. |
| Shawn W. Miller, Esq. | Chad F. Clement, Esq. |
| KRIEGER LAW GROUP, LLC | MARQUIS AURBACH COFFING |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 10001 Park Run Drive |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Richland* |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant RICHLAND HOLDING INC., DBA ACCTCORP OF SOUTHERN NEVADA are hereby dismissed with prejudice, each party to bear its own attorney's fees, costs and expenses.

_____
UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2021