**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM BERRY, JR., | Case No.: 2:20-cv-02144-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 8] |
| AARGON AGENCY, INC., et al., | |
| Defendants | |

In light of the notice of settlement (ECF No. 41),

I ORDER that defendant Plusfour, Inc.'s motion to dismiss **(ECF No. 8) is DENIED as moot**.

DATED this 11th day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE