David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY, JR,<br><br>              Plaintiff,<br>v.<br><br>AARGON AGENCY, INC; PLUSFOUR, INC; QUANTUM COLLECTIONS; AND RICHLAND HOLDINGS, INC DBA ACCOUNTCORP OF SOUTHERN NEVADA,<br><br>              Defendants. | Case No. 2:20-cv-02144-APG-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT PLUSFOUR, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WILLIAM BERRY, JR. ("Plaintiff" or "Berry") and Defendant PLUSFOUR, INC. ("PlusFour"), collectively the "Parties," by and through their counsel of record, that Plaintiff's claims against PlusFour in the above-entitled action shall be dismissed, with

prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and or 41(a)(2). Accordingly, the Parties request that the Court dismiss PlusFour from this action, with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and AGREED on July 12, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Garrett R. Chase |
| David H. Krieger, Esq. | Garrett R. Chase, Esq. |
| Shawn W. Miller, Esq. | SHUMWAY VAN |
| KRIEGER LAW GROUP, LLC | 8985 South Eastern Avenue |
| 2850 W. Horizon Ridge Parkway | Suite 100 |
| Suite 200 | Las Vegas, Nevada 89123 |
| Henderson, Nevada 89052 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *PlusFour, Inc.* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 12, 2021